**LITTLER MENDELSON**
A Professional Corporation
One Newark Center – Eighth Floor
Newark, New Jersey 07102-5311
973.848.4700
Attorneys for Defendant
Flight Dimensions International, Inc.
d/b/a Flight Explorer

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| STEPHEN OMOGBEHIN,<br><br>           Plaintiff,<br><br>vs.<br><br>DIMENSIONS INTERNATIONAL, INC., and<br>FLIGHT DIMENSIONS INTERNATIONAL, INC.<br>d/b/a Flight Explorer<br><br>           Defendants. | Civil Action No. 08-3939<br><br>**STIPULATION AND ORDER<br>EXTENDING TIME TO ANSWER,<br>MOVE OR OTHERWISE RESPOND** |

**IT IS HEREBY STIPULATED, CONSENTED AND AGREED**, by and between counsel for the respective parties herein, that the time within which Defendant Flight Dimensions International, Inc. d/b/a Flight Explorer must answer, move or otherwise respond with respect to Plaintiff's Complaint shall be and hereby is extended up to and including December 15, 2008, without prejudice to any defenses said Defendant wishes to raise. Flight Dimensions International, Inc. has accepted service of the Summons and Complaint.

LAW OFFICES OF DENNIS FREIDMAN
Attorneys for Plaintiff

By: _____
Dennis L. Friedman, Esq.

Dated: December 9, 2008

LITTLER MENDELSON, P.C.
Attorneys for Defendant
Flight Dimensions International, Inc.

By: _____
Ebonee Hamilton Lewis, Esq.

Dated: December 10, 2008

Dated: So Ordered:
Septe December 12, 2008
Noel L. Hillman, USDJ

Nunc Pro Tunc
At Camden, NJ