IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY
CAMDEN VICINAGE

| | |
|---|---|
| STEPHEN OMOGBEHIN,<br><br>        Plaintiff,<br><br>  v.<br><br>DIMENSIONS INTERNATIONAL, INC., et al.,<br><br>        Defendants. | Civil No. 08-3939-NLH-KMW |

## ORDER

This Order is the result of the Court's independent review of the docket in this matter and the subsequent recognition of an existing error. The Court finds as follows:

1. On September 8, 2009, Plaintiff filed a motion seeking leave to amend the Complaint after Defendant's motion to dismiss the Complaint was granted.

2. On March 16, 2010, this Court denied Plaintiff's motion seeking leave to amend the Complaint and this document was inappropriately termed an "Order" and should have instead been entered as a "Report and Recommendation."

Accordingly, IT IS on this 28th day of April 2010,

**ORDERED** that the March 16, 2010 Order [Doc. No. 19] is vacated and hereby re-issued as a Report and Recommendation; and it is further

**ORDERED** that Plaintiff's motion seeking reconsideration of the March 16, 2010 "Order" is hereby deemed an objection to the Report and Recommendation. Additionally, the Defendant's memorandum filed

in opposition to the "Motion for Reconsideration" is hereby deemed a response to Plaintiff's objection to the Report and Recommendation.

                                                      s/ Karen M. Williams  
                                                     KAREN M. WILLIAMS  
                                                     UNITED STATES MAGISTRATE JUDGE

cc. Hon. Noel L. Hillman